1
2
3
4
5
6
7          **IN THE UNITED STATES DISTRICT COURT FOR THE**
8              **EASTERN DISTRICT OF CALIFORNIA**
9

JOSE SANCHEZ,                          )         1:10-cv-64 GSA
                                       )
10            Plaintiff,               )
                                       )
11                                     )         ORDER DISMISSING ACTION
                                       )
12       vs.                           )
                                       )
13                                     )
MICHAEL J. ASTRUE, Commissioner        )
14 of Social Secuirty,                 )
                                       )
15            Defendant.               )
   _____ )
16

17
          Pursuant to the parties' stipulation filed on July 15, 2010, this action is DISMISSED
18
pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party shall
19
bear its own costs.  The Clerk of the Court is ordered to close this case.
20
          IT IS SO ORDERED.
21
          **Dated:    July 16, 2010**          _____/s/ **Gary S. Austin**_____
22                                             UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28
                                        1